# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** BRYAN ESTES                               **Case Number:** 053L 2:00CR00218-003F

**Name of Sentencing Judicial Officer:** Honorable Martin L. C. Feldman

**Offense:** 21 USC 846 - Conspiracy to possess with intent to distribute cocaine base; 21 USC 843(b) Use of a communication facility in furtherance of a drug trafficking offense

**Date of Sentence:** June 20, 2001

**Sentence:** Fifty months as to Count 1 and forty eight months as to Count 4, in the custody of the Bureau of Prisons, said counts to run concurrently. A four year term of supervised release was ordered as to Count 1 and a one year term as to Count 4, said terms to run concurrently. A $200.00 special assessment fee was also ordered

**Special Conditions:**

1. Orientation and life skills
2. Drug treatment

**Type of Supervision:** Supervised Release       **Date Supervision Commenced:** April 09, 2004
**Assistant U.S. Attorney:** John Murphy           **Defense Attorney:** Patrick McGinity

---

### PETITIONING THE COURT

[ X ] To issue a warrant                                            [ ] To issue a summons

For the appearance of Bryan Estes before the Honorable Louis Moore, Jr., United States Magistrate Judge on December 2, 2004 at 2:00PM for an Initial Appearance Hearing and before this court on January 12, 2005 at 9:00AM to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

Estes is in state custody in Orleans Prison Parish.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition | Bryan Estes was arrested on April 17, 2004, by personnel of the New Orleans Police Department and charged with resisting an officer, criminal trespassing, possession of marijuana and possession of crack cocaine. On September 8, 2004, Estes pled guilty to possession of marijuana and possession of crack cocaine under Docket Numbers 448-088 "H" and 448-111 "E" in Orleans Parish Criminal District Court. |
| | Estes is scheduled to be sentenced on these charges on November 30, 2004, in Orleans Parish Criminal District Court. |
| Special Condition No. 2 | Estes tested positive for cocaine on April 13, 2004. This test was administered at the United States Probation Office. Estes denied cocaine usage. |

Fee _____
Process _Cal Ocopy_
X Dktd _COA_
  CtRmDep _____
  Doc. No. _230_

DATE OF ENTRY
NOV - 5 2004

**CUSTODIAL STATUS:**

Bryan Estes is presently in state custody at the Orleans Parish Prison.

_____
Cornell J. Manuel
U.S. Probation Officer
November 02, 2004

REVIEWED BY:
_____
Stephanie H. Williams
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

11.5.04
_____
Date

Address of Offender:    1435 Teche St
                        New Orleans, LA 70114

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
    Original    - Clerk's Office
    1 Copy Certified    - U.S. Attorney
    1 Copy Certified    - U.S. Marshal's Office
    2 Copies Certified  - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING



| | | |
|---|---|---|
| JILL N. BENOIT<br>CHIEF PROBATION OFFICER | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br>PROBATION OFFICE | 500 POYDRAS STREET, ROOM B-505<br>NEW ORLEANS, LOUISIANA 70130<br>(504)589-3200<br>Fax 504/589-3286 |

November 2, 2004

Honorable Martin L.C. Feldman
United States District Judge
500 Poydras Street, Room C-555
New Orleans, Louisiana 70130

                           RE:    ESTES, Bryan
                                    Crim. Dkt.#2:00CR00218-003 "F"
                                    REQUEST FOR WARRANT

Dear Judge Feldman:

On June 20, 2001, Bryan Estes appeared before Your Honor for sentencing following his plea of guilty to conspiracy to possess with intent to distribute cocaine base, Count 1, and use of a communication facility in the furtherance of a drug trafficking offense, Count 4. Estes was sentenced to serve fifty months as to Count 1 and forty-eight months as to Count 4, in the custody of the Bureau of Prisons, to run concurrently. A four year term of supervised release was also ordered as to Count 1 and a one year term of supervised release as to Count 4, said terms to run concurrently. As special conditions of supervised release, Estes was ordered to participate in an orientation and life skills program and participate in a program of drug testing and/or treatment. A $200.00 special assessment fee was also ordered.

Estes was release from custody on April 9, 2004, at which time his supervised release term commenced. He has violated the conditions of his supervised release by being arrested by personnel of the New Orleans Police Department and charged with possession of marijuana and possession of crack cocaine. Estes subsequently pled guilty to these charges. He has been given every opportunity to comply with his supervision conditions, and revocation appears appropriate.

Accordingly, a Probation Form 12-C is attached for Your Honor's signature should you concur in this matter. If additional information is needed, please contact this officer at 589-3218.

                                                    Respectfully,

                                                    Cornell J. Manuel
                                                    U.S. Probation Officer

Reviewed by: Stephanie H. Williams
                      Supervising U.S. Probation Officer

CJM/fc
Attachment