FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 DEC -2 AM 10: 01

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 00-218** |
| v. | * | SECTION: "F" (3) |
| **BRYAN ESTES** | * | |
| | * * * | |

## MOTION TO CONTINUE INITIAL APPEARANCE

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorneys, who respectfully represent:

Defendant Estes is presently in State custody and the United States is expeditiously proceeding to bring him before this Honorable Court at the earliest opportunity. It is anticipated that this defendant will proceed to this Court via a State Writ next week. Consequently, the government request that this initial appearance on a Rule to Revoke Supervised Release be reset for Friday, December 10, 2004.

DATE OF ENTRY
DEC 2 2004

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No. 231

WHEREFORE, the United States of America, with the consent of the defendant, respectfully requests a continuance of this matter.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
JOHN F. MURPHY
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3126

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this _____ day of _____, 20___.

_____
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL DOCKET NO. 00-218 |
| v. | * | SECTION: "F" (3) |
| **BRYAN ESTES** | * | |

\* \* \*

### ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that the hearing in the above captioned case presently scheduled for December 2, 2004 be continued to the 10th day of December, 2004 at 10:00 a.m./p.m.

New Orleans, Louisiana, this 2nd day of December, 2004.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate