

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 DEC 10 PM 3:03

LORE: TA G. WHYTE
CLERK

MINUTE ENTRY
MOORE, M.J.
December 10, 2004

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

CRIMINAL ACTION

VERSUS

NO. **00-218**

BRYAN ESTES

SECTION "F"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X / DEFENDANT WITH/WITHOUT COUNSEL _____

_____
 X / ASST. U. S. ATTORNEY  JOHN MURPHY_____
 X / PROBATION OFFICER STEPHANIE H. WILLIAMS – Cornell Manuel
 __/ INTERPRETER,_____, SWORN  (TIME: _____.M. TO _____.M.)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ / SUMMARIZED / WAIVED

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__/ BOND SET AT _____

X DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__/ DEFENDANT RELEASED ON BOND
__/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
    December 20, 2004 at 2:00 pm.
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
    moot

**X / RULE TO REVOKE SUPERVISED RELEASE IS SET** Jan. 12, 2005 **AT 9:00 A.M.**
  **BEFORE UNITED STATES DISTRICT JUDGE MARTIN L.C. FELDMAN**

X / ___ Ca9
  ___
  ___ 234

DATE OF ENTRY

DEC 1 3 2004