



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-218 |
| v. | * | SECTION: "F" (3) |
| BRYAN ESTES | * | |

\* \* \*

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully represents:

Defendant, **BRYAN ESTES**, was sentenced on June 20, 2001, to fifty (50) months as to Count 1 and forty eight (48) months as to Count 4, in the custody of the United States Bureau of Prisons, said counts to run currently, to be followed by a four year term of supervised release as to Count 1 and a one year term of supervised release as to Count 4, following his conviction for conspiracy to possess with intent to distribute cocaine base, and use of a communication facility in furtherance of a drug trafficking offense, in violation of Title 21, United States Code, Section 846 and Title 21, United States Code, Section 843(b).

DATE OF ENTRY
DEC 15 2004

237

The defendant has violated the terms and conditions of his release as set forth in Exhibit "A" (Petition for Warrant or Summons for Offender under Supervision).

**WHEREFORE**, the government prays that **BRYAN ESTES** be brought before this Honorable Court, and that he be ordered to show cause why supervised release should not be revoked for his failure to abide by its terms.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
JOHN F. MURPHY
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3126

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for defendant by hand delivery this __13th__ day of December, 2004.

_____
JOHN F. MURPHY
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-218** |
| v. | * | SECTION: "F" (3) |
| **BRYAN ESTES** | * | |

* * *

## ORDER

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that **BRYAN ESTES** appear before this Court on the 12th day of January, 2005, at 9:00 a.m. to show cause why supervised release should not be revoked.

New Orleans, Louisiana, this ___14th___ day of December, 2004.

Martin L. C. Feldman
UNITED STATES DISTRICT JUDGE