MINUTE ENTRY
FELDMAN, J.
JANUARY 6, 2005

EASTERN DISTRICT OF LOUISIANA
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-218 |
| BRIAN ESTES | SECTION "F" |

    IT IS ORDERED that the Rule to Revoke Supervised Release set for January 12, 2005, will be held at 2:00 p.m.