



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JAN 13 PM 3: 14

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                  NO. 00-218

BRIAN ESTES                             SECTION "F"

JUDGMENT AND ORDER REVOKING SUPERVISED RELEASE

On January 12, 2005, the defendant, Brian Estes, appeared in Court with his counsel, on a Rule to Show Cause Why His Supervised Release Should Not be Revoked for violation of the terms of his supervised release which were imposed by this Court on June 20, 2001.

After hearing the arguments of counsel, the Court finds that the defendant has violated the terms of his supervised release and orders that the term of Supervised Release dated June 20, 2001, is hereby RECALLED, REVOKED AND SET ASIDE; accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 10 months as to Counts 1 and 4. This sentence is to be served concurrently to any other sentence the defendant may be ordered to serve.

IT IS FURTHER ORDERED that the defendant is hereby remanded to

DATE OF ENTRY
JAN 1 3 2005

___ Fee_____
___ Process_____
 X  Dktd Ca9
___ CtRmDep___
___ Doc. No. 241

the Custody of the U. S. Marshal and that the Clerk deliver a certified copy of this Judgment and Commitment to the U. S. Marshal or other qualified officer and that same shall serve as the commitment herein.

New Orleans, Louisiana, this 13TH day of January, 2005.

*Martin L. C. Feldman*
UNITED STATES DISTRICT JUDGE