**RETURN**

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR -9 P 1:12 pg

LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA

v.                                                 **WARRANT FOR ARREST**

BRYAN ESTES

CASE NUMBER: CR, 00-218, Sect F

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Bryan Estes**, 1435 Teche St., New Orleans, LA  70114 and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment    ( ) Information    ( ) Complaint    ( ) Order of    ( ) Probation    (X) Supervised Release    ( ) Violation
                                                      Court          Violation        Violation Petition        Notice
                                                                     Petition

charging him or her with Violation of Supervised Release

in violation of Title United States Code, Section(s)

| | |
|---|---|
| **LORETTA G. WHYTE** | **CLERK** |
| Name of Issuing Officer | Title of Issuing Officer |
| him | |
| Signature of Issuing Officer | **November 5, 2004   New Orleans, Louisiana** |
| *Charles D. Simons* | Date and Location |
| (By) Deputy Clerk | |

Bail fixed at $_____    by _____
                                                   Name of Judicial Officer

cha\_\_

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| JtC issued 01/12/05  (10 mos) |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Brian W. Fair DUSM | B V Fair |
| DATE OF ARREST 01/12/05 | | |

JtC issued 01/12/05

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

**DEFENDANT'S NAME:**_____

**ALIAS:** _____

**LAST KNOWN RESIDENCE:** _____

**LAST KNOWN EMPLOYMENT:** _____

**PLACE OF BIRTH:** _____

**DATE OF BIRTH:** _____

**SOCIAL SECURITY NUMBER:** _____

**HEIGHT:** _____  **WEIGHT:** _____

**SEX:** _____  **RACE:** _____

**HAIR:** _____  **EYES:** _____

**SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:** _____

_____

_____

**FBI NUMBER:** _____

**COMPLETE DESCRIPTION OF AUTO:** _____

_____

**INVESTIGATIVE AGENCY AND ADDRESS:** _____

_____

_____